<table>
<tr><td colspan="3" align="center">Estado Libre Asociado de Puerto Rico<br>TRIBUNAL DE APELACIONES<br>PANEL ESPECIAL</td></tr>
<tr>
<td>VÍCTOR LÓPEZ GREEN<br><br>Demandante-Peticionario<br><br>Vs.<br><br>ALPHA BIOMEDICAL &amp; DIAGNOSTIC, CORP. Y OTROS<br><br>Demandado-Recurrido</td>
<td>TA2025CE00172</td>
<td>*CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Caso Núm. CG2021CV00005 CG2022CV00293<br><br>Sala: 702<br><br>Sobre: Procedimiento Sumario Bajo Ley Núm. 2</td>
</tr>
</table>

Panel integrado por su presidenta, la Jueza Díaz Rivera, la Jueza Martínez Cordero y el Juez Cruz Hiraldo.[1]

Cruz Hiraldo, Juez ponente

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 15 de octubre de 2025.

Comparece la parte peticionaria, Víctor López Green y solicita la revisión de las *Resoluciones* emitidas por el Tribunal de Primera Instancia, Sala Superior de Caguas, el 3 de junio de 2025. Mediante estas, el foro primario denegó la descalificación de la licenciada Inneabelle Santiago Camacho (licenciada Santiago Camacho), representación legal de la parte recurrida, Alpha Biomedical & Diagnostic, Corp. También prohibió a la parte peticionaria que utilizara como testigo a la licenciada Santiago Camacho y a la licenciada Magaly Díaz Figueroa (licenciada Díaz Figueroa).

Por los fundamentos expuestos, *denegamos* expedir el auto solicitado.

---

[1] Mediante la OATA-2025-153 emitida el 14 de agosto de 2025 se designa a la Hon. Karilyn M. Díaz Rivera en sustitución del Hon. Abelardo Bermúdez Torres.

**-I-**

El 3 de enero de 2021 la parte peticionaria presentó *Demanda* en contra de la parte recurrida, reclamó el pago de salarios y comisiones bajo la *Ley de Procedimiento Sumario de Reclamaciones Laborales,* Ley Núm. 2 del 17 de octubre de 1961, 32 LPRA sec. 3118 *et seq.* (Ley Núm. 2-1961). El caso fue consolidado con el caso núm. CG2022CV00293, cuya *Demanda* fue presentada por la parte peticionaria el 3 de febrero de 2022, contra Alpha Biomedical, su presidente Cruz A. Ruiz García, su esposa Carmen Vega y la Sociedad Legal de Bienes Gananciales compuesta por ambos. En aquella, al igual que en esta, el peticionario reclamó, bajo la Ley Núm. 2-1961. El 13 de mayo de 2025, la parte peticionaria presentó una solicitud de *Descalificación* de la licenciada Santiago Camacho. Según la parte peticionaria, la licenciada Santiago Camacho tendría que testificar sobre la investigación solicitada por la parte peticionaria. El 2 de junio de 2025, la parte recurrida presentó su *Oposición a Descalificación.*

El 3 de junio de 2025, el Tribunal de Primera Instancia emitió una *Resolución* declarando *No Ha Lugar* la solicitud de descalificación. En igual fecha, el foro de primera instancia emitió una segunda *Resolución,* mediante la cual denegó la petición de la parte peticionaria para usar a la licenciada Santiago Camacho y a la licenciada Díaz Figueroa como testigos.[2] El tribunal también denegó la reconsideración presentada por la parte peticionaria. En desacuerdo, compareció la parte peticionaria mediante un recurso de *certiorari* para solicitar la revisión de ambos dictámenes. La parte recurrida también compareció para presentar su alegato en oposición.

---

[2] El 16 de junio de 2025, el foro recurrido emitió una Resolución Enmendada, aclaró que, no autorizaba la utilización de la licenciada Santiago Camacho ni de la licenciada Díaz Figueroa como testigos.

Evaluado el expediente en su totalidad, las determinaciones objeto de revisión, así como el derecho aplicable, no hemos encontrado que el foro primario actuara con prejuicio o parcialidad o abuso de discreción. Tampoco, que las determinaciones recurridas sean erróneas. En virtud de lo dispuesto en la Regla 52.1 de Procedimiento Civil y la Regla 40 del Reglamento del Tribunal de Apelaciones, acordamos denegar la expedición del auto de *certiorari*.

**-II-**

Por los fundamentos anteriormente esbozados, *denegamos* expedir el recurso de *certiorari. Devolvemos* el caso al foro primario para la continuación de los procedimientos.

Lo acordó y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones